612

447 A.2d 648

Commonwealth v. Shaw, Appellant.

Petition for Allowance of Appeal Denied Oct. 12, 1982.

Submitted October 19, 1981. Elaine DeMasse, Assistant Public Defender, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BECK, WATKINS and HOFFMAN, JJ.

Judgment of sentence affirmed.

BECK, J., concurred in the result.

447 A.2d 648

Commonwealth v. Williams, Appellant.

Submitted January 7, 1981. Elaine DeMasse, Assistant Public Defender, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., WIEAND and HOFFMAN, JJ.

The judgment of sentence of the lower court is affirmed.